**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Charles Edward CALLIS, a/k/a**
**BJ, Defendant—Appellant.**

**No. 12–6900.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2012.

Decided: Aug. 27, 2012.

Charles Edward Callis, Appellant Pro Se. Scott W. Putney, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Edward Callis appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion for reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Callis,* No. 4:00–cr–00016–RAJ–1 (E.D.Va. Apr. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*